UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

FILED

SEP - 4 2007

U.S. DISTRICT COURT
DISTRICT OF DELAWARE

GBEKE MICHAEL AWALA

_____

_____

(Enter above the full name
of the plaintiff or plaintiffs in
this action)

vs.   Case No: __<u>- 0 7 - 5 3 1 -</u>__

CHIEF JUSTICE JOHN G. ROBERTS (To be supplied by the <u>Clerk of this Court</u>)
Jr. SUPREME COURT OF THE UNITED STATES,

and  SENATOR ARLEN SPECTER.

CHIEF JUDGE ANTHONY J. SCIRICA,
U.S. COURT OF APPEALS FOR THE THIRD,   CHIEF JUDGE SUE L. ROBINSON,
CIRCUIT                                 U.S. DISTRICT COURT
                              and       DISTRICT OF DELAWARE,

JUSTICE SAMUEL ALITO Jr.                GREGORY SLEET
SUPREME COURT OF THE UNITED STATES,     DISTRICT JUDGE

                              and
CIRCUIT JUDGE KENT A JORDAN,  CIRCUIT JUDGE THOMAS L. AMBRO, (3d Circuit).

(Enter above the full name of ALL       and  COLM F. CONNOLLY
defendants in this action. <u>Do not</u>          U.S. ATTORNEY
use "et al.")                                DISTRICT OF DELAWARE
                                        and MARCIA M. WALDRON CLERK (3d Cir).
CHECK ONE ONLY:                         and DONALD BAKER CLERK, (SUPREME COURT).
                                        and WILLIAM K. SUTER, CLERK (SUPREME COURT).

xxxx      COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983
          U.S. Code (state, county, or municipal defendants)

xxx       COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE
          28 SECTION 1331 U.S. Code (federal defendants)

xxxxxx    OTHER (cite statute, if known)  AMENDMENT 5, 6, 7, 8, 13 and 14.
                                              U.S. CONSTITUTION

*BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.*

I. **Plaintiff(s):**

    A.    Name: GBEKE MICHAEL AWALA,

    B.    List all aliases: NONE

    C.    Prisoner identification number: 82074-054

    D.    Place of present confinement: U.S. P. CANAAN

    E.    Address: P.O. BOX 300, Waymart, PA 18472

(If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, and current address according to the above format on a separate sheet of paper.)

II. **Defendant(s):**
(In A below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in B and C.)

    A.    Defendant: CHIEF JUSTICE JOHN G ROBERTS Jr.

           Title: CHIEF JUSTICE U.S. SUPREME COURT

           Place of Employment: SUPREME COURT OF THE UNITED STATES

    B.    Defendant: SENATOR ARLEN SPECTER

           Title: SENATOR U.S. CONGRESS.

           Place of Employment: UNITED STATES CONGRESS

    C.    Defendant: CHIEF JUDGE SUE L. ROBINSON

           Title: CHIEF JUDGE

           Place of Employment: U.S. DISTRICT COURT DISTRICT OF DELAWARE

(If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

III.   **Exhaustion of Administrative Remedies**

You are required to exhaust all your available administrative remedies before bringing an action in federal court.

   A.   Is there a grievance procedure available at your institution?

   YES ( )   NO (X)   If there is no grievance procedure, skip to F.

   B.   Have you filed a grievance concerning the facts in this complaint?

   YES ( )   NO (X)

   C.   If your answer is **YES**:

   1.   What steps did you take?

   N/A

   2.   What was the result?

   N/A

   3.   If the grievance was not resolved to your satisfaction, did you appeal? What was the result (if there was no procedure for appeal, so state.)

   N/A

   D.   If your answer is NO, explain why not:
   No. the defendants Chief Judge Scirica perverted the just cause of proceeding filed in Awala v. Scirica (E.D.Pa. 2005) and the Defendant Sue L. Robinson, including Kent A Jordan, jointly perverted the impostor of clear birthright, meticulously straining access to State Court.

   3

E. Is the grievance procedure now completed? YES ( ) NO (X)

F. If there is no grievance procedure in the institution, did you complain to authorities? YES ( ) NO (X)

G. If your answer is YES:

1. What steps did you take?

You cannot give the children's food to the dogs....Matt 7:6.

2. What was the result?

This is remakably under Section 1983 of Title 42.

H. If your answer is NO, explain why not:

The defendants strongholds affected any proper insight into the merits of plaintiff's claim to the extent they demanded payment for justice, they believe Justice had to be paid for.. The defendants a group of barbaric cannibalist Justices and Judges and clerks whom has brough disrepute into the Office of the Judiciary and excutive office of the United States Government.

IV. List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court

    A. Name of case and docket number: __AWALA V. SCIRICA (E.D.Pa.) No. 05-cv-6750)__.

    B. Approximate date of filing lawsuit: __April 2005__

    C. List all plaintiffs (if you had co-plaintiffs), including any aliases: __GBEKE MICHAEL AWALA__

    D. List all defendants: __ANTHONY J. SCIRICA__

                     __AND OTHERS....__

    E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): __U.S. DISTRICT COURT EASTERN DISTRICT OF PEENSYLVANIA__

    F. Name of judge to whom case was assigned: __BUCKWATER.__

    G. Basic claim made: __ASSAULT AND CONSPIRACY TO INJURE THE PLAINTIFF BY USE OF U.S. MARSHAL ANDERSON DISTRICT OF DELAWARE TO FORCE THE PLAINTIFF TO CRIMINAL TRIAL RESULTING INTO INCREMENTAL "EYE INJURY," AND RIBBS FRACTURE.__

    H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): __Dismissed and appealed to the U.S. Court of Appeals for the Third Circuit...__

    I. Approximate date of disposition: __April 11, 2006__

IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.

V.   Statement of Claim:

State here as briefly as possible the facts of your case. Describe precisely how each defendant is involved. Include also the names of other persons involved, dates, and places. **Do not give any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

The defendant Chief Justice John G. Roberts Jr. in his official and individual capacity, refused and used ursupation of power to influence the writ of certiorari and writ of prohibition filed against the defendants Anthony J. Scirica, Sue L. Robinson, in the expression to favor Justice Samuel Alito, who was unconstitutionally appointed into the Supreme Court, all uprooted due process in their jurisdiction, controlled the the clerks William K. Suter, and Donald Baker, all fetish men in Suit, having lost the admiration for justice, unsupervised by the defendant's Justice named above, conspired with Kent A. Jordan, Circuit Judge Ambros, both were elevated from District of Delaware by fraud into Third Circuit, all used thier high position to influence the defendant Colm F. Connolly to use fraud and deceit, change facts on records, mutilate and obliterates material facts useful on appeal in the third circuit, on review. Although the Government is under demonic control, by unamed Bush and recently disgraced liar attorney General Gonzales. The senator Arlen Specter who consisted of House of Representatives and Members of Congress, herein a defendant at all times relevant communicated with all defendants mention here, who had additional advantages of understanding the matter to recognize the plaintiff as a Generic American Citizen by Birth. In contrary, he allowed the Fourteenth Amendment Section 1. "All persons born in the U.S. are citizen, of the United States," he was the lord over them. Nevertheless became ash heap for the entire defendants in opposition to the plaintiff release and permission to proceed to State of florida to obtain his birth Documents. The clerks made conditional vows with each other, use the attorney appointed by Kent A. Jordan, to inject error on appeal, fabricate documents procured false statement on record allow all inconsistencies against the plaintiff all in an effort to pervert the rule of law and the forbidden involuntary servitude protected under the 13th Amendment U.S., also conduct cruel and unusual treatments under the 8th Amend. all conpired together to ensure the plaintiff receives no 5th and 6th Amend.

6

The defendants mentioned above talk justice but do not walk in justice, to the abomination of their horrendous hearts they have caused bribery, extortion in part of the U.S. Department of Homeland Security, in their pastpractices, it is significant that they are foolish and demonstrators of disobedience from an ordinary days are potent symbol of conventional tyranny, oppressors, and untrustworthyservants, criminals who were supposed to be imprisoned, they acting for the sake of name and honor, they are jointly rebellious equal spate of injustice. Therefore, imminent deliverance from their hands is sought immediately.

The defendant Gregory Sleet, with the power and authority to grant in forma pauperis, as committed outrage condemnation in his office and deny himself the power as a minister of justice, and have unjustly refused or foreborne to let the the plaintiff proceed in forma pauperis.

WHEREFORE, plaintiff do hereby prays he be allowed to proceed in forma pauperis in any premises into conquer the protected, unreasonably legislative and executive invasion into a citizens right as analysed above.

VI.  Relief:

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

The ratification of plaintiff's birthright to the protection afforded under the United states Constitution's 14th Amendment Section 1. Adoption of such as clearly framed by Congress and members of the House of Representatives mentioned before I was born in the United States of America, in May 17, 1971 to Moses Hime Awala (Father), and Dorcas C. Brown(Mother). Guarantee the equal protection clause against the government invasion into my birthright. Accordingly, release the plaintiff frm Prison.

CERTIFICATION

By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief. I understand that if this certification is not correct, I may be subject to sanctions by the Court.

Signed this 29 day of August, 2007

_____
(Signature of plaintiff or plaintiffs)
GBEKE M. AWALA, Pro Se

(Print name)
No. 82074-054    (U.S. P. Canaan). Unit E-2.

(I.D. Number)
P.O. Box 300

Waymart, PA 18472

(Address)

8

GBEKE MICHAEL AWALA
No. 82074-054
U.S. P. Canaan
P.O. Box 300
Waymart, PA 18472



legal Mail:

Gregory Sleet
Chief Judge
U.S. District Court
For the District of Delaware
844 N. King Street, Lockbox 18
Wilmington DE 19801-3570



