OFFICE OF THE CLERK
## UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| Peter T. Dalleo<br>CLERK OF COURT | LOCKBOX 18<br>844 KING STREET<br>U.S. COURTHOUSE<br>WILMINGTON, DELAWARE 19801<br>(302) 573-6170 |

October 29, 2007

TO: Gbeke Awala
    Reg# 82074-054
    U.S. Penitentiary Canaan
    P.O. Box 300
    3057 Easton Turnpike
    Waymart, PA 18472

**RE: Deficiency for Lack of Original Signature; 07-531(SLR)**

Dear Mr. Awala:

Papers have been received by this office for filing in the above matter which do <u>not</u> conform to the Federal Rules of Civil Procedure, Rule 5.

Your papers will be docketed but no action will be taken by the Court until the discrepancies are corrected. In order for your document to be acceptable for filing, *your document must have an original signature*. Service must be indicated on an Affidavit or Certificate of Service, attached to the back of your request, motion or pleading.

Your corrected filing, (signed by you, with a certificate of service attached) should be sent to this office for processing.

<u>KINDLY RETURN A COPY OF THIS LETTER WITH YOUR CORRECTED DOCUMENTS.</u>

                                    Sincerely,

/ead                                PETER T. DALLEO
                                    CLERK

cc: The Honorable Sue L. Robinson
enc: Copy of DI 7