IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

GBEKE MICHAEL AWALA, Petitioner-Plaintiff,  :

V.                                           :   Civ No.: 07-531-SLR

CHIEF JUDGE SUE L. ROBINSON et al.           :

          Respondent-Defendant.           :   Appeal No. _____

                                            :

[FILED NOV 1 2007 / SUE L. ROBINSON / U.S. DISTRICT JUDGE]

## NOTICE OF APPEAL

COMES NOW the plaintiff Gbeke M. Awala, appearing in the above entitled action, filed pursuant to 42 U.S.C. Section 1981, 1982, 1983 and 1985, including violation of Constitutional rights under the 4th, 5th, 6th, 7th, 8th, 13th, and 14th Amendment U.S. Constitution. Hereby appeals to the U.S. Court of Appeals for the Third Circuit, stemming from the order of the District Judge Robinson, who is also a named defendant in the captioned case. The repugnant order was entered on 19th day of October 2007, denying leave to proceed in forma pauperis under 28 U.S.C. Section 1915. Whether the plaintiff has 30 days to pay the filing fees or not, he has the right to appeal both this order and the potential or subsequent further miscarriage of justice foreseeable on or before November 19, 2007. Plaintiff is permanently indigent and cannot pay this Judge $350.00, she wanted for prosecuting her and her co-defendants. See Fed.R.App. 4(a) and Fed.R.APP. 24(a). Submitted under penalty of perjury to be true and correct. 28 U.S.C. Section 1746.

Dated 10/27/, 2007.

Respectfully submitted,

GBEKE M. AWALA, No. 82074-054
U.S. P. Canaan
P.O. Box 300
Waymart, PA 18472

cc: John G. Roberts Jr.

-1-

GBEKE M. AWALA
No. 82074-054
U.S.P. Canaan
P.O. Box 300
Waymart, PA 18472

legal Mail:

Sue L. Robinson
District Judge
Office of the Clerk
U.S. District Court
For the District of Delaware
Lockbox 31
844 N. King Street
Wilmington DE 19801-3570