**UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT**

<u>No. 07-4308</u>

Awala

vs.

Roberts, et al.

Gbeke Michael Awala, Appellant

(Delaware District Civil No. 07-cv-00531)

**O R D E R**

    Pursuant to Rule 3(a) of the Federal Rules of Appellate Procedure and Third Circuit LAR 3.3 and Misc. 107.1(a),

    It is  O R D E R E D  that the above-entitled case is hereby dismissed for failure to timely prosecute,

    It is FURTHER  O R D E R E D  that a certified copy of this order be issued forthwith as the mandate.

For the Court,

*/s/ Marcia M. Waldron*
Clerk

Date: January 23, 2008

cc:
    Mr. Gbeke Michael Awala
    Robert F. Kravetz, Esq.