## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| GBEKE MICHAEL AWALA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civ. No. 07-531-SLR |
| | ) |
| CHIEF JUSTICE JOHN G. ROBERTS, | ) |
| CHIEF JUDGE ANTHONY J. SCIRICA, | ) |
| JUSTICE SAMUEL ALITO, JR., | ) |
| CIRCUIT JUDGE KENT A. JORDAN, | ) |
| CIRCUIT JUDGE THOMAS L. AMBRO, | ) |
| SENATOR ARLEN SPECTOR, | ) |
| CHIEF JUDGE SUE L. ROBINSON, | ) |
| UNITED STATES ATTORNEY COLM F. | ) |
| CONNOLLY, CLERK MARCIA M. | ) |
| WALDON, CLERK DONALD BAKER, | ) |
| CLERK WILLIAM K. SUTER, and | ) |
| DISTRICT JUDGE GREGORY SLEET, | ) |
| | ) |
| Defendants. | ) |

## ORDER

WHEREAS, plaintiff filed a civil rights action pursuant to 42 U.S.C. § 1983

without prepayment of the filing fee;

WHEREAS, on October 19, 2007, the court entered an order denying leave to

proceed in forma pauperis because plaintiff had three prior suits dismissed as frivolous

or for failure to state a claim upon which relief may be granted, and the instant

complaint does not allege an imminent threat of physical injury (D.I. 6);

WHEREAS, plaintiff appealed the order to the U.S. Court of Appeals for the

Third Circuit and the appeal was dismissed for failure to timely prosecute, Awala v.

Roberts, No. 07-4308 (3d Cir. Jan. 23, 2007);

WHEREAS, subsequent to dismissal of the appeal, and to date, plaintiff has not

paid the $350.00 filing fee owed to this Court;

THEREFORE, at Wilmington this 1st day of February, 2008, IT IS HEREBY ORDERED that:

1. Plaintiff's pending motions (D.I. 5, 7) are **denied** as **moot**.

2. Plaintiff's complaint is **dismissed without prejudice** and the case remains **closed**.

UNITED STATES DISTRICT JUDGE