In the United States District Court
For th District of Delaware

Gbeke M. Awala
Plaintiff-Appellant

v.

Chief Justice, John G. Roberts, et al
Defendants-Appellees.

Civ. No. 07-531-SLR

Appeal no. _____



FILED
FEB 27 2008
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

(to scanned)

## Second Notice of Appeal.

"Jesus was sitting on the Mount of Olives. There the disciples came to him in private. "Tell us," they said. "when will this happen? And what will be the sign of your coming? what will be the sign of the End? See Mattew 24:3."

In this case at bar, on October 19, 2007, Sue L. Robinson, chief Judge, ended this matter, and notwithstanding, her greatest 30 days to put $350.00 in her purse. Whereas, she can reasonably foreseen or heard that 3 spanish inmates got murdered in this prison, not by

amongst Mexicans and Puerto Ricos Inmates, in struggle for power, as the Warden describes the Incident, I, Gbeke N. Awala was in the Gym on Monday November 12, 2007, and while I rested on the Stairs and the appropriate sitts provided for sports events, although there had been a very large amount of Mexicans Inmates in the Gymnasium, and while I exited that area, and attempted leaving the entire Gym, I was ordered back into the Building, and while these officers knew something terrible was about to occur, they permitted the extremely large Mexican Inmates to enter the large Basketball Floors, to confront the Puerto Ricos, already waiting for them to merge for real heavy fights. These occurred for 10 mins, while they stab eachother, mercilessly kicked eachother to the ground, while the officers watch approximately 150 Inmates against 100 Puerto Ricos. They then shot the "Riot Guns" and sprayed Gases, everyone face down, Blood everywhere and Bodies Immovable on floors.

You will hear about wars and killings, but with high significance, in Prison, I was placed under imminent danger of physical injury of death and Hades, what would be the sign of this false Arrest and Malicious prosecution in the exercise of my protectical Citizenship Rights at burch. See United States v. Anderson, 923 F.2d 450, (1991). This Court has power to dismiss the unfounded Indictment filed by these Buttoons prosecutors. See

2.

United States (1984).

The restriction caused by the defendants named in this action is found arbitrary and capricious. See Licari v. Ferruzzi, 22 F.2d 344 (1st Cir. 1994).

You all have put stumbling blocks on my property, liberty and substantial Justice, including the right to obtain my Birth Certificate from Florida. I will not seize to fight against you with pen and my mouth, your are all pergamos Judges, dwelling in Satan's throne. What I'm I doing in Prison, you sit on a matter which the State Jurisdiction has control of. Like a flame of fire.

WHEREFORE, you will not escape this punishment in Hell. I was born here by Act of God not of human. Murderfuckers needs to use the principle given them for Justice. FUCK YOU All Killers and Murderers, Cheaters, I am in Prison for nothing, I'm actually and factually innocent.

Dated: Nov. 18/2007.

Gbeke M. Awala

3-3

Gbeke M. Awala
No. 82074-054
U.S.P. Canaan
P.O. Box 300
Waymart, PA 18472

Legal Mail

U.S.M.S.
X-RAY

Sue L. Robinson
Chief Judge
U.S. District Court
District of Delaware
844 N. King Street, Lockbox 31
Wilmington DE 19801-3570